UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:15-MJ-01330-1 |
| | § | |
| JUAN JOSE TIJERINA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. The Defendant was traveling with two undocumented aliens; however there were no aggravating factors suggesting the presence of any reckless endangerment. The findings and conclusions contained in the Pretrial Services Report are adopted. This detention order is entered without prejudice to the Defendant's right to request reconsideration if he can produce a third-party custodian, a residence approved by Pretrial Services, a co-surety, and a cash deposit. In addition the Defendant will have to have confirmed employment and agree to attend and participate in a drug treatment program and wear an electronic monitor.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 5th day of October, 2015.

                                                     B. JANICE ELLINGTON
                                                     UNITED STATES MAGISTRATE JUDGE